Benjamin Drayton and his wife Nancy Drayton, Appellants, vs. A. O. Steenburg, Appellee.

### DIVISION B.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

*Evans Haile,* for Appellants.

*Robt. E. Davis* and *W. H. Palmer,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.

Decision Per Curiam.